

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Partner
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Firm Fax

November 7, 2022

**VIA ELECTRONIC FILING**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    <u>ecobee, Inc. v. EcoFactor, Inc.</u>, C.A. No. 21-323-MN

Dear Judge Noreika:

    Pursuant to paragraph 13 of the Court's Revised Scheduling Order (D.I. 29), the parties have conferred and request a total 3 hours for the December 8, 2022 Claim Construction Hearing, split evenly between the parties. Neither party intends to present testimony at the hearing.

    Should Your Honor have any further questions, we are available at the Court's convenience.

    Respectfully,

    */s/ Bindu A. Palapura*

    Bindu A. Palapura

BAP:nmt/10426280/21090.00001

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)