

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

December 1, 2022

**VIA ELECTRONIC FILING**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    <u>ecobee, Inc. v. EcoFactor, Inc.</u>, C.A. No. 21-323-MN

Dear Judge Noreika:

    Pursuant to the Court's November 8, 2022 Oral Order, the following counsel for Plaintiff ecobee, Inc. ("ecobee") and Defendant EcoFactor, Inc. ("EcoFactor") met and conferred on November 29, 2002 from 12:00 PM – 12:15 PM.

           <u>ecobee Attendees</u>
           David E. Moore, Potter Anderson & Corroon LLP
           Timothy Carroll and Steven M. Lubezny, Venable LLP

           <u>EcoFactor Attendees</u>
           Stephen B. Brauerman, Bayard, P.A.
           Kristopher Davis, James Pickens, and Reza Mirzaie, Russ August & Kabat

    The parties were unable to reach further compromises on their proposed constructions.

                              Respectfully,

                              */s/ David E. Moore*

                              David E. Moore

DEM:nmt/10456991/21090.00001

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)