IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOBEE, INC., | ) |
| Plaintiff, | ) ) ) C.A. No. 21-323-MN |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ECOFACTOR, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFF ECOBEE, INC.'S MOTION FOR SUMMARY JUDGMENT
OF NO INDUCED INFRINGEMENT OF THE ASSERTED PATENTS**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff ecobee, Inc. ("ecobee") respectfully moves this Court for an order, substantially in the form attached hereto, for summary judgment of no induced infringement of U.S. Patent Nos. 8,596,550, 8,886,488 and 10,612,983. The grounds for this motion are set forth in ecobee's Opening Brief in Support of its Motions for Summary Judgment for Non-Infringement and Invalidity.

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| Timothy Carroll | Nicole K. Pedi (#6236) |
| Steven Lubezny | Richards, Layton & Finger, P.A. |
| Venable LLP | One Rodney Square |
| 227 West Monroe Street, Suite 1900 | 920 N. King Street |
| Chicago, IL 60606 | Wilmington, DE 19801 |
| (312) 820-3400 | (302) 651-7700 |
| | farnan@rlf.com |
| Manny J. Caixeiro | pedi@rlf.com |
| Venable LLP | |
| 2049 Century Park E, Ste. 2300 | *Attorneys for Plaintiff ecobee, Inc.* |
| Los Angeles, CA 90067 | |
| (310) 229-9900 | |

Megan S. Woodworth
Eric T. Harmon
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
 (202) 344-8400

Daniel A. Apgar
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500

Dated: July 21, 2023