# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOBEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOFACTOR, INC., <br><br> Defendant. | C.A. No. 21-323-MN <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

WHEREAS, Plaintiff ecobee, Inc. ("ecobee") and Defendant EcoFactor, Inc. ("EcoFactor") have resolved all claims and counterclaims in this action.

NOW, THEREFORE, EcoFactor and ecobee, through their attorneys of record, request that the Court dismiss all claims and counterclaims in the above-captioned action with prejudice, and without right of appeal, pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 28, 2023

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Stephen B. Brauerman* <br> Stephen B. Brauerman (#4952) <br> Ronald P. Golden III (#6254) <br> 600 N. King Street, Suite 400 <br> Wilmington, DE 19801 <br> Telephone: (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> Nicole K. Pedi (#6236) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> pedi@rlf.com |

| | |
|---|---|
| OF COUNSEL | OF COUNSEL: |
| Reza Mirzaie<br>Kristopher Davis<br>James Pickens<br>Jason Wietholter<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br><br>*Counsel for Defendant EcoFactor, Inc.* | Steven M. Lubezny<br>VENABLE LLP<br>227 West Monroe Street, Suite 3950<br>Chicago, IL 60606<br>Telephone: (312) 820-3400<br>Fax: (312) 820-3401<br>SMLubezny@Venable.com<br><br>Manny J. Caixeiro<br>Michael P. Sandonato<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9900<br>Fax: (310) 229-9901<br>MJCaixeiro@Venable.com<br>MSandonato@Venable.com<br><br>Megan S. Woodworth<br>Jason M. Dorsky<br>Eric T. Harmon<br>VENABLE LLP<br>600 Massachusetts Ave., NW<br>Washington, DC 20001<br>(202) 344-8400<br>MSWoodworth@Venable.com<br>JMDorsky@Venable.com<br>ETHarmon@Venable.com<br><br>Daniel A. Apgar<br>VENABLE LLP<br>151 West 42nd Street, 49th Floor<br>New York, NY 10036<br>(212) 307-5500<br>DApgar@venable.com<br><br>*Attorneys for Plaintiff ecobee, Inc.* |

**SO ORDERED this 3rd day of January 2024.**

*/s/ Maryellen Noreika*
**The Honorable Maryellen Noreika**
**United States District Judge**